IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN -7 PM 3: 49

Robert R. Di Trolio
CLERK, U.S. DIST. CT.
W. D. OF TN, MEMPHIS

| | |
|---|---|
| United States Of America, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 2:05-cv-02382-B/A |
| National Bank of Commerce, | (Transferred from Middle District of North Carolina 1:04CV00518) |
| Defendant/Third-Party Plaintiff, | |
| v. | |
| Specialty Foods, LLC, and Paul T. Capps, | |
| Third-Party Defendants. | |

## ORDER ADMITTING COUNSEL *PRO HAC VICE*

IT APPEARING that the motion of counsel for National Bank of Commerce ("NBC") for admission *pro hac vice* is for good cause and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED, pursuant to Local Rule 83.1(b)(1) that Steven A. McKelvey, Jr. and M. Ronald McMahan, Jr., of the law firm of Nelson, Mullins, Riley and Scarborough, LLP, in Columbia, South Carolina are admitted *pro hac vice* for the purpose of acting as attorneys for NBC in the above-referenced action.

_____
United States District Judge
Date: June 7, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-13-05

15

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:05-CV-02382 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

Kenneth A. Janik
Nelson, Mullins, Riley & Scarborough, LLP
Meridian, 17th FL.
1320 Main Street
Colombia, SC 29201

Dara B. Oliphant
U.S. Department of Justice Tax Division
P.O. Box 227
Ben Franklin Station
Washington, DC 20044

Robert A. Meynardie
Nelson, Mullins, Riley & Scarborough, LLP
P.O. Box 30519
Raleigh, NC 27622--051

M. Ronald McMahan
Nelson, Mullins, Riley & Scarborough, LLP
Meridian, 17th FL.
1320 Main St.
Columbia, SC 29201

Steven A. McKelvey
Nelson, Mullins, Rogers & Scarborough, LLP
P.O. Box 11070
Columbia, SC 29211--001

Honorable J. Breen
US DISTRICT COURT