IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUL 20 PM 3: 31

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,       )
                                )
        Plaintiff,              )
                                )
-v-                             )     Civil No. 05-2382-B/A
                                )
NATIONAL BANK OF COMMERCE,       )
                                )
        Defendant/Third-Party Plaintiff )
                                )
-v-                             )

SPECIALTY FOODS, LLC, and PAUL T. CAPPS

        Third-Party Defendants.

---

## DEFAULT

---

Upon the Motion, Memorandum, and Affidavit of the defendant/third-party plaintiff, National Bank of Commerce, filed July 19, 2005, DEFAULT IS HEREBY ENTERED against the named third-party defendants, Specialty Foods, LLC and Paul T. Capps, pursuant to FRCvP 55(a).

In accordance to FRCvP 4, service of process was executed against the defendants.

For good cause shown, the court may set aside this entry for default, pursuant to Rule 55(c).

Entered this 20th day of July, 2005.

THOMAS M. GOULD,
Clerk of Court

BY: Earline Grayer

Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-20-05

26

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:05-CV-02382 was distributed by fax, mail, or direct printing on July 20, 2005 to the parties listed.

---

Dara B. Oliphant
U.S. Department of Justice Tax Division
P.O. Box 227
Ben Franklin Station
Washington, DC 20044

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

M. Ronald McMahan
Nelson, Mullins, Riley & Scarborough, LLP
Meridian, 17th FL.
1320 Main St.
Columbia, SC 29201

Steven A. McKelvey
Nelson, Mullins, Rogers & Scarborough, LLP
P.O. Box 11070
Columbia, SC 29211--001

Jeremy G. Alpert
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT