IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                 No. 05-2382-B/An

NATIONAL BANK OF COMMERCE,

    Defendant/Third-Party Plaintiff,

v.

SPECIALTY FOODS, LLC, and PAUL T. CAPPS,

    Third-Party Defendant.

## ORDER

On July 20, 2005, default was entered in favor of the Defendant/Third-Party Plaintiff, National Bank of Commerce, against the Third-Party Defendants, Specialty Foods, LLC and Paul T. Capps, pursuant to Rule 55(a), Federal Rules of Civil Procedure. Since that time, no further action has been taken by National Bank of Commerce and the next step for conclusion of the third-party claim is for the bank to take a default judgment against the Third-Party Defendants.

Accordingly, the National Bank of Commerce is directed to proceed with a request for default judgment in accordance with Fed.R.Civ.P. 55 within eleven (11) days of the entry of this order.

IT IS SO ORDERED this 19th day of August, 2005.

                                          J. DANIEL BREEN
                                          UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-22-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:05-CV-02382 was distributed by fax, mail, or direct printing on August 22, 2005 to the parties listed.

---

Jeremy G. Alpert
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

M. Ronald McMahan
Nelson, Mullins, Riley & Scarborough, LLP
Meridian, 17th FL.
1320 Main St.
Columbia, SC 29201

Dara B. Oliphant
U.S. Department of Justice Tax Division
P.O. Box 227
Ben Franklin Station
Washington, DC 20044

Steven A. McKelvey
Nelson, Mullins, Rogers & Scarborough, LLP
P.O. Box 11070
Columbia, SC 29211--001

Honorable J. Breen
US DISTRICT COURT