IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 23 AM 11: 36

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO.: 05-2382-B-An |
| ) | |
| NATIONAL BANK OF COMMERCE, ) | |
| ) | |
| Defendant/Third-Party Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| SPECIALTY FOODS, LLC, and ) | |
| PAUL T. CAPPS, ) | |
| ) | |
| Third-Party Defendant. ) | |

## ORDER

Pursuant to the Order of Reference entered by United States District Judge J. Daniel Breen on September 1, 2005, this matter was referred to the Magistrate Judge for a hearing and a report and recommendation on damages.

**IT IS THEREFORE ORDERED** that a hearing on the issue of damages be held before United States Magistrate Judge S. Thomas Anderson on **THURSDAY, OCTOBER 13, 2005 at 10:30 A.M.** in Courtroom M-3, 9th Floor, United States Courthouse, Memphis, Tennessee. At least **five days prior to the hearing**, Defendant/Third-Party Plaintiff, National Bank of Commerce, shall submit a Memorandum of Facts and Law to the Court setting

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-23-05

forth the damages it claims to be entitled.

**IT IS SO ORDERED.**

*S. Thomas Anderson*
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: September 12, 2005

2

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:05-CV-02382 was distributed by fax, mail, or direct printing on September 23, 2005 to the parties listed.

---

Jeremy G. Alpert
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

M. Ronald McMahan
Nelson, Mullins, Riley & Scarborough, LLP
Meridian, 17th FL.
1320 Main St.
Columbia, SC 29201

Steven A. McKelvey
Nelson, Mullins, Rogers & Scarborough, LLP
P.O. Box 11070
Columbia, SC 29211--001

Dara B. Oliphant
U.S. Department of Justice Tax Division
P.O. Box 227
Ben Franklin Station
Washington, DC 20044

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT