FILED BY _____ D.C.

05 OCT -5 PM 5: 50

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO.: 05-2382 B/An |
| ) | |
| NATIONAL BANK OF COMMERCE, ) | |
| ) | |
| Defendant. ) | |

## ORDER CONTINUING HEARING

Before the Court is the Defendant and Third-Party Plaintiff National Bank of Commerce's Motion for the Magistrate Judge to Recommend Entry of Default Judgment as to Liability Only and the Recommend Continuance of Hearing on Issue of Damages. For the following reasons, the Motion is **GRANTED** in part.

On September 1, 2005, United States District Judge J. Daniel Breen referred Defendant's Motion for Default Judgement for a hearing on damages and for a report and recommendation to enable that court to enter a default judgment to the United States Magistrate Judge. The United States Magistrate Judge subsequently issued an order setting the matter for a hearing on October 13, 2005 at 10:30 A.M. The Defendant/Third Party Plaintiff then filed the present motion asking the Court to continue this hearing and to make a recommendation to the United States's District Judge that default judgment be entered in favor of Defendant/Third Party Plaintiff against the

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-6-05



Third Party Defendants on the issue of liability only.

Therefore, the Court hereby continues the hearing at which time the Court will consider Defendant/Third Party Plaintiff's Motion for entry of Default Judgment and the Court will decide if the issue of damages is ripe for determination or should be held in abeyance until such time as the Defendant/Third Party Plaintiff's liability, if any, to the Plaintiff is determined. The hearing is reset for **Wednesday, October 19, 2005** at **10:00 A.M.** in Courtroom M-3, 9th Floor, United States Courthouse and Federal Building, 167 North Main, Memphis, Tennessee.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Dated: October 05, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 2:05-CV-02382 was distributed by fax, mail, or direct printing on October 6, 2005 to the parties listed.

---

Jeremy G. Alpert
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

M. Ronald McMahan
Nelson, Mullins, Riley & Scarborough, LLP
Meridian, 17th FL.
1320 Main St.
Columbia, SC 29201

Steven A. McKelvey
Nelson, Mullins, Rogers & Scarborough, LLP
P.O. Box 11070
Columbia, SC 29211--001

Dara B. Oliphant
U.S. Department of Justice Tax Division
P.O. Box 227
Ben Franklin Station
Washington, DC 20044

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT