IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| United States Of America, | ) |
|    Plaintiff, | ) |
| vs. | ) |
| National Bank of Commerce, | ) Civil Action No. 2:05-CV-02382-B/A |
|    Defendant/Third-Party Plaintiff, | ) |
| vs. | ) |
| Specialty Foods, LLC, and Paul T. Capps, | ) |
|    Third-Party Defendants. | ) |

## ORDER

Having considered the United States' UNOPPOSED MOTION TO PARTICIPATE IN HEARING VIA TELEPHONE, and the entire record herein, and good cause having been shown, this _12th_ day of _October_ 2005, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Clerk shall distribute copies of this signed order to all necessary parties.

S. Thomas Anderson WMT
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-13-05

1374827.1



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:05-CV-02382 was distributed by fax, mail, or direct printing on October 13, 2005 to the parties listed.

---

Jeremy G. Alpert
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Dara B. Oliphant
U.S. Department of Justice Tax Division
P.O. Box 227
Ben Franklin Station
Washington, DC 20044

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Steven A. McKelvey
Nelson, Mullins, Rogers & Scarborough, LLP
P.O. Box 11070
Columbia, SC 29211--001

M. Ronald McMahan
Nelson, Mullins, Riley & Scarborough, LLP
Meridian, 17th FL.
1320 Main St.
Columbia, SC 29201

Honorable J. Breen
US DISTRICT COURT