IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                            No. 05-2382 BA

NATIONAL BANK OF COMMERCE,

    Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATION
## AND DENYING DEFENDANT'S MOTION FOR DEFAULT JUDGMENT

This cause is before the Court in connection with the report and recommendation of the magistrate judge on the motion of the Defendant, National Bank of Commerce, for default judgment for a hearing on damages and for a report and recommendation to enable that court to enter a default judgment. In a report and recommendation filed November 3, 2005, the magistrate judge recommended that default judgment not be entered against the third party defendants, Specialty Foods L.L.C. and Paul T. Capps, at this time. According to the Court's docket, no objections to the magistrate judge's report and recommendation have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

The court has reviewed the magistrate judge's report and recommendation, and the entire record of the proceeding before the magistrate judge. No objections having been filed to the report and recommendation, the court ADOPTS the magistrate judge's report and recommendation.

It is therefore ORDERED that the magistrate judge's report and recommendation filed November 3, 2005 be hereby ADOPTED and the Defendant's motion for default judgment is DENIED.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-8-05

IT IS SO ORDERED this 7th day of December, 2005.

_____
J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 2:05-CV-02382 was distributed by fax, mail, or direct printing on December 8, 2005 to the parties listed.

---

Dara B. Oliphant
U.S. Department of Justice Tax Division
P.O. Box 227
Ben Franklin Station
Washington, DC 20044

M. Ronald McMahan
Nelson, Mullins, Riley & Scarborough, LLP
Meridian, 17th FL.
1320 Main St.
Columbia, SC 29201

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Jeremy G. Alpert
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Steven A. McKelvey
Nelson, Mullins, Rogers & Scarborough, LLP
P.O. Box 11070
Columbia, SC 29211--001

Honorable J. Breen
US DISTRICT COURT